# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| ENTERGY NEW ORLEANS, INC. | CASE NO. 05-17697<br>SECTION "B" |
| DEBTOR | CHAPTER 11 |

## NOTICE OF APPOINTMENT OF INTERIM
## UNSECURED CREDITORS' COMMITTEE

**COMES NOW**, the United States Trustee, Region 5, by the undersigned, and pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), hereby gives notice that the following creditors of the above-named debtor(s) are among those holding unsecured claims and are willing to serve and therefore are appointed to serve as an interim committee of unsecured creditors with the powers enumerated in 11 U.S.C. § 1103.

The creditors' committee members' names and addresses are listed on the attached mailing matrix which is incorporated and made a part of this notice. A copy of this notice has been sent to the committee members as well as the debtor and their attorney.

Dated: October 21, 2005

                                            Respectfully Submitted,

                                            R. MICHAEL BOLEN
                                            United States Trustee
                                            Region 5, Judicial Districts of
                                            Louisiana and Mississippi

                    By:    s/ Robert C. Gravolet
                           ROBERT C. GRAVOLET
                           Attorney for the U. S. Trustee
                           400 Poydras Street, Suite 2110
                           New Orleans, LA 70130
                           Bar Roll # 8404
                           Phone (504) 589-4018

Case No. 05-17697

**MAILING MATRIX**
**UNSECURED CREDITORS COMMITTEE**

Apache Corporation
Roxanne Armstrong
2000 Post Oak Blvd.
Houston, Texas 77056-4400

Western Gas Resources, Inc.
Brian Jeffries
1099 - 18th Street, Suite 1200
Denver Co. 80202

Magnus Entergy Marketing, Inc.
Robert Helm
800 N. Shoreline, Suite 9005
Corpus Christy, TX 78401

Case No. 05-17697

**Phone Numbers of Unsecured Creditors'
Committee Members**

Apache Corporation
Roxanne Armstrong
2000 Post Oak Blvd.
Houston, Texas 77056-4400
Tel: (713) 296-6501
Fax: (713) 296-6501

Western Gas Resources, Inc.
Brian Jeffries
1099 - 18th street, Suite 1200
Denver Co. 80202
Tel: (303) 452-5603
Fax: (303) 457-9748

Magnus Entergy Marketing, Inc.
Robert Helm
800 N. Shoreline, Suite 9005
Corpus Christy, TX 78401
Tel: (361) 844-6035
Fax: (361) 888-4418