# THE CONFIRMATION PROCEDURES ORDER

# EXHIBIT B

# [TO BE PROVIDED]

{N1572676.1}

# PROJECTED FINANCIAL INFORMATION

# EXHIBIT C

# [TO BE PROVIDED]

{N1572676.1}

# LIQUIDATION ANALYSIS

# EXHIBIT D

# [TO BE PROVIDED]

{N1572676.1}

BALLOT

EXHIBIT E

[TO BE PROVIDED]

{N1572676.1}