`UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * * * *    *
                                   *    Case No. 05-17697
IN RE:                             *
                                   *    Chapter 11
                                   *
ENTERGY NEW ORLEANS, INC.          *    Section "B"
                                   *
            Debtor                 *
                                   *
* * * * * * * * * * * * * * * *    *
```

# O R D E R

The following motions came for hearing before the Honorable Jerry A. Brown on December 7 and 8, 2006:

(1) *Motion Pursuant to Section 1121(d) of the Bankruptcy Code for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization and Authorizing Financial Guaranty Insurance Company to File and Solicit Acceptances for Its Plan of Reorganization* [1256] [1258];

(2) *Motion Pursuant to Section 1121(d) of the Bankruptcy Code for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization* filed by Gordon and Lowenburg Plaintiffs [1283]; and

(3) *Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d) of the Bankruptcy Code for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization and Authorizing the Committee to File and Solicit Acceptances for Its Plan of Reorganization* [1420].

The following pleadings were considered:

(1) *Opposition to Motions Filed Pursuant to Section 1121(d) of the Bankruptcy Code for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization and Authorizing Financial Guarantee Insurance Company*

{N1596277.1}

*to File and Solicit Acceptances for Its Plan of Reorganization* filed by ENOI [1313];

(2) *Supplemental Opposition to Motions for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan* filed by ENOI [1358];

(3) *Statement of the Ad Hoc Bondholder Committee in Support of Financial Guarantee Insurance Company's Motion to Terminate Exclusivity* [1324];

(4) *The Bank of New York as Successor Trustee's Joinder and Supplemental Motion in Support of Financial Guaranty Insurance Company's Motion Pursuant to Section 1121(d) of the Bankruptcy Code for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization and Authorizing Financial Guaranty Insurance Company to File and Solicit Acceptances for Its Plan of Reorganization* [1325];

(5) *Reply and Memorandum of Law of Financial Guaranty Insurance Company in Response to the Debtor's Opposition to and in Further Support of Its Motion for an Order Terminating the Exclusive Periods and Authorizing Financial Guaranty Insurance Company to File and Solicit Acceptances for Its Alternative Plan of Reorganization and in Further Support Thereof* [1336];

(6) *Memorandum of the Official Unsecured Creditors Committee in Support of Motion Pursuant to Section 1121(d) of the Bankruptcy Code for An Order Terminating The Exclusive Periods in Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization and Authorizing Financial Guaranty Insurance Company to File and Solicit Acceptances for Its Plan of Reorganization* [1334];

(7) *Joinder of Apache Corporation to the Official Committee of Unsecured Creditors Memorandum in Support of Motion Pursuant to Section 1121(d) of the Bankruptcy Code for an Order Terminating the Exclusive Periods in Which the Debtor May File and Solicit Acceptances to a Plan of Reorganization and Authorizing Financial Guaranty Insurance Company to File and Solicit Acceptances for its Plan of Reorganization* [1355]; and

(8) *Opposition to the Motion of the Official Committee of Unsecured Creditors for an Order Terminating the Exclusive Periods Within Which the Debtor May File and Solicit Acceptances to a Plan* filed by Entergy New Orleans Inc. [1454].

Upon consideration of the evidence including the testimony of Michael J. Hamilton and related exhibits and the arguments of counsel and for the reasons orally

{N1596277.1}

assigned on December 8, 2006, it is

**ORDERED** that the *Motion of the Official Committee of Unsecured Creditors for an Order Terminating the Exclusive Periods Within Which the Debtor may File and Solicit Acceptances to a Plan of Reorganization and Authorizing the Committee to File and Solicit Acceptances for its Plan of Reorganization* (P-1420) is **GRANTED**; it is further

**ORDERED** that **any creditor** may file a plan of reorganization subject to the time periods set forth below; it is further

**ORDERED** that all proposed plans of reorganization and accompanying disclosure statements must be filed by December 19, 2006; it is further

**ORDERED** that the Financial Guaranty Insurance Company may file a plan of reorganization until December 22, 2006, if Entergy New Orleans, Inc. does not file its third amended plan and disclosure statement by December 19, 2006; and it is further.

**ORDERED** that the hearing on approval of any disclosure statements filed, or to be filed, will be held on **Thursday, January 25, 2007 at 10:00 a.m.**

New Orleans, Louisiana, December 19, 2006.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge

{N1596277.1}

Philip K. Jones, Jr. (Bar #7503)
**LISKOW & LEWIS, APLC**
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Tel: (504) 581-7979
Fax: (504) 556-4108

{N1596277.1}