# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NO. 05-17697 |
| ENTERGY NEW ORLEANS, INC. | * | |
| | * | CHAPTER 11 |
| DEBTOR | | |
| | * | SECTION "B" |

\* \* \* \* \* \* \* \*

## CONSENT ORDER GRANTING MOTION TO
## MODIFY AUTOMATIC STAY FILED ON BEHALF OF
## QUINZEATTER FORD, ET AL AND EMILY MURRAY, ET AL

Considering the Motion of Ford, et al and Murray, et al ("Plaintiffs"), To Lift Stay Order in Order to Proceed with Personal Injury Lawsuit Against Debtor for Purposes of Obtaining a Judgment Against the Debtor, Debtor's Insurers and Incorporated Memorandum of Law (**P-1430**) and the lack of any objection filed thereto;

**IT IS ORDERED** that the Motion to Modify Automatic Stay be and is hereby **GRANTED** and the Plaintiffs can continue the suit currently pending against Entergy New Orleans, Inc. ("ENOI') in the Civil District Court for the Parish of Orleans. If the State Court should render an adverse judgment against ENOI, however, the Plaintiffs are enjoined from attempting to enforce the judgment against ENOI without the need to post bond as security, until the judgment becomes final and non-appealable or upon the effective date of the Plan of Reorganization, whichever occurs later.

New Orleans, Louisiana, January 17, 2007.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge

{N1604049.1}

Submitted by:

s/ Tara Richard_____

R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#5863)
NAN ROBERTS EITEL (#19910)
TARA RICHARD (#26356)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, La. 70170
Telephone: 504-582-8000
Attorneys for Entergy New Orleans, Inc.

s/__Ford Hardy, Jr._____

FORD T. HARDY, JR ( #6546)
839 St. Charles Avenue, Suite 312
New Orleans, La. 70130
Telephone: 504-582-3673

and

s/ __Walter Willard_____

WALTER I. WILLARD (#2185)
1515 Poydras Street, Suite 1420
New Orleans, La. 70112
Telephone: 504-556-4470

and

s/ __ James Williams_____

JAMES MCCLENDON WILLIAMS
Gauthier, Houghtaling & Williams, L.L.P.
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600

Counsel for the Ford and Murray Claimants

{N1604049.1}