# FOURTH AMENDED DISCLOSURE STATEMENT, AS MODIFIED

# EXHIBIT C

# PROJECTED FINANCIAL INFORMATION

{N1572676.1}

# EXHIBIT C
## Projected Financial Information

The following are the Debtor's projections of its future income statements, balance sheets, and statements of cash flows, including its ability to service Plan obligations, assuming, for purposes of this analysis, that the Plan becomes effective by the end of June 2007. The projections in this Exhibit C are based on the broad assumptions described below. There will generally be a difference between projections of future performance and actual results because certain events and circumstances may not occur as expected. These events could be material. While the Debtor believes the future income statements, balance sheets, and statements of cash flows as presented are reasonable, there can be no assurance that these results will be realized. Consequently, the projections included herein should not be regarded as a representation by the Debtor, or any other person, that the projected results will be achieved. Holders of Claims and Interests must make their own determinations as to the reasonableness of such assumptions and the reliability of the Projected Financial Information in reaching their determinations of whether to accept or reject the Plan.

Description of Projections and Principal Assumptions with Respect Thereto

The Projected Financial Information should be read in conjunction with the assumptions, qualifications and explanations set forth herein and in the Disclosure Statement, and the historical financial information (including the notes and schedules thereto) of the Debtor incorporated by reference in the Disclosure Statement. The Debtor's independent auditors have not examined or compiled the Projected Financial Information, which were prepared by the Debtor's internal personnel, and, accordingly, assume no responsibility for them.

1. The Projected Financial Information assumes that the Plan will become effective on or about June 30, 2007 according to the terms set forth therein. The conditions to the effectiveness of the Plan, which are incorporated into the Projected Financial Information, are set forth in Section VIII., C. of the Disclosure Statement.

2. Electric load recovers by end of 2009 to a level that is 65% of the level forecasted to occur in the Debtor's pre-Katrina financial plan. Using a 2006 starting point of 3.747 million megawatt hours sold, this level of recovery is consistent with 3.6% compound annual growth from 2006 through 2009. Gas load recovers to a level of 10.096 million MDt. Using a 2006 starting point of 7.604 million MDt, this level of recovery is consistent with a 9.9% compound annual growth rate from 2006 through 2009.

3. Storm restoration costs and gas system rebuild costs of $50 million and $78 million, respectively, are incurred over the period from 2007 through 2009. Gas rebuild costs are assumed to occur at the rate of approximately $40 million per year from 2010 through 2018.

4. Non fuel operating and maintenance expense increases at a compound annual growth rate of 3.5% from 2006 through 2009, to reflect wage and other inflation.

5. Insurance proceeds of $218 million are recovered in 2007, 2008, and 2009 in amounts of $54 million, $9 million, and $155 million, respectively. These proceeds, which were estimated giving consideration to the Entergy System's total insurance coverage, the per event cap imposed by one of its insurers, and the allocation of insurance recovery among the participants in the Entergy System insurance program pursuant to the Katrina Insurance Protocol, represent recovery of approximately 41% of the insured loss that the Debtor incurred.

{N1599159.1}

Exhibit C
Projected Financial Information
Page 2

6. CDBG Funds of $200 million are received in 2007.

7. Pursuant to the settlement of the Debtor's 2006 FRP Applications approved by the City Council, the Debtor will have a 0% increase in electric base rates through December 2007, with a $3.9 million increase implemented in January 2008. Recovery from customers through the fuel adjustment clause of fixed and variable costs associated with the Debtor's contract to obtain capacity and energy from the Grand Gulf Nuclear Station is assumed for the entire 2007-2009 period. Gas base rates will increase by $4.75 million in November 2006, an additional $1.5 million in March 2007, and an additional $4.75 million in November 2007. No other changes in base rates for electric or gas service are assumed to occur through 2009.

10. Pursuant to the settlement of the Debtor's 2006 Storm Cost Recovery and Reserve Application approved by the City Council, the Debtor commences in March 2007 collections from electric and gas customers a total of $6.5 million per year for a 10 year period to build up a $75 million storm reserve fund pursuant to an order issued by the City Council.

11. The capital expenditure projections contained in the cash flow projections are based upon the Debtor's forecast of expenditures for transmission, production and distribution facilities and other miscellaneous items. The Debtor believes the capital expenditure projections are adequate to ensure reliable service to its customers.

12. The Debtor makes its required minimum pension funding contribution of $39.9 million in 2007, with insignificant contributions in 2008 and 2009.

{N1599159.1}

Exhibit C
Projected Financial Information
Page 3

| Entergy New Orleans (debtor-in- possession) Projected Income Statements | ($ in thousands) | | |
|---|---|---|---|
| | Year 2007 | Year 2008 | Year 2009 |
| **Operating Revenue** | | | |
| Domestic Electric: | | | |
| Residential | 121,243 | 124,835 | 122,933 |
| Commercial | 175,928 | 178,960 | 176,960 |
| Industrial | 43,699 | 43,870 | 43,401 |
| Government | 59,133 | 59,755 | 58,968 |
| Total Retail | 400,003 | 407,420 | 402,261 |
| Adjoining Utility Systems | 2,485 | 1,903 | 1,476 |
| Affiliated Sales | 186,572 | 191,634 | 155,219 |
| Total Wholesale | 189,058 | 193,537 | 156,695 |
| Total Miscellaneous | 11,575 | 10,120 | 10,280 |
| Domestic Electric | 600,636 | 611,077 | 569,236 |
| Natural Gas | 134,711 | 142,008 | 128,262 |
| Total Operating Revenue | 735,347 | 753,085 | 697,498 |
| **OPERATING EXPENSES** | | | |
| Operation and Maintenance: | | | |
| Total Fuel, Fuel related expenses, and Gas Purchased for Resale | 292,714 | 295,170 | 235,673 |
| Purchased Power | 216,492 | 217,521 | 217,398 |
| Other Operation and Maintenance | 106,735 | 109,341 | 109,794 |
| Taxes Other than Income Taxes | 42,746 | 43,440 | 43,781 |
| Depreciation and amortization | 35,432 | 36,320 | 37,900 |
| Other Regulatory Charges (Credits) | 4,311 | 4,274 | - |
| **TOTAL OPERATING EXPENSES** | 698,430 | 706,066 | 644,546 |
| **OPERATING INCOME** | 36,917 | 47,019 | 52,952 |
| **OTHER INCOME** | | | |
| Allowance for equity funds used during construction | 561 | 1,608 | 1,105 |
| Interest And Dividend Income | 3,845 | 6,011 | 7,657 |
| Miscellaneous - Net | (1,564) | (1,720) | (6,579) |
| Total | 2,842 | 5,900 | 2,182 |
| **Interest and Other Charges** | | | |
| Interest on Long-term Debt | 19,357 | 17,815 | 17,643 |
| Other Interest - Net | 3,184 | 1,124 | 1,145 |
| Allowance for borrowed funds used during construction | (1,439) | (1,192) | (819) |
| Total | 21,102 | 17,747 | 17,968 |
| **NET INCOME BEFORE TAX** | 18,657 | 35,172 | 37,166 |
| Income Tax Expense | 9,248 | 15,429 | 16,937 |
| **NET INCOME BEFORE PREFERRED** | 9,409 | 19,743 | 20,230 |
| Preferred dividend requirements | 618 | 965 | 965 |
| **NET INCOME** | 8,791 | 18,778 | 19,265 |

{N1599159.1}

Exhibit C
Projected Financial Information
Page 4

| Entergy New Orleans (Debtor-in-possession) Projected Cash Flow Statements | ($ in thousands) | | |
|---|---|---|---|
| | Year 2007 | Year 2008 | Year 2009 |
| **OPERATING ACTIVITIES** | | | |
| Net income bef. preferred div. Requirements | 9,409 | 19,743 | 20,230 |
| Noncash items included in net income: | | | |
| Other regulatory charges/(credits) | 4,311 | 4,274 | - |
| Depreciation, amortization, and decommissioning | 35,432 | 36,320 | 37,900 |
| Deferred income taxes and investment tax credits | 18,955 | (5,083) | (4,144) |
| Changes in working capital: | | | |
| Receivables | (3,227) | (1,215) | 4,116 |
| Fuel inventory | 740 | 1,140 | 1,084 |
| Accounts payable | (82,885) | 3,544 | (4,934) |
| Taxes Accrued | (9,347) | 10,705 | 1,892 |
| Interest Accrued | (5,176) | (391) | - |
| Deferred fuel | 4,740 | (749) | (1,259) |
| Other working capital accounts | 478 | 397 | 478 |
| Changes in regulatory assets | 128,733 | (26) | 4,300 |
| Provision for estimated losses and reserves | (204) | (205) | - |
| Other cash from Operations | (18,260) | 3,683 | 99,700 |
| Net cash flow provided / (used) by oper activities | 83,697 | 72,137 | 159,365 |
| **INVESTING ACTIVITIES** | | | |
| Construction expenditures | (81,448) | (75,497) | (63,697) |
| Allowance for equity funds used during construction | 561 | 1,608 | 1,105 |
| Money Pool Internal Funding | (33,087) | (55,291) | 8,383 |
| Other Investments | 125,478 | 8,912 | 59,871 |
| Net cash flow provided / (used) by investing activities | 11,504 | (120,268) | 5,661 |
| **FINANCING ACTIVITIES** | | | |
| Retirement of: | | | |
| Bank notes and long-term debt | - | (30,000) | - |
| Changes in short-term borrowings, net | (63,523) | - | - |
| Preferred stock dividends paid | (469) | (965) | (965) |
| Notes to/from parent/associated companies | 76,380 | - | - |
| Money Pool Borrowing | (9) | - | - |
| Money Pool Pre Petition Interest (Investing) | (37,166) | - | - |
| Dividend paid to Parent | | | (22,500) |
| Net cash flow provided / (used) by financing activities | (24,787) | (30,965) | (23,465) |
| Net increase (decrease) in cash & cash equivalents | 70,414 | (79,097) | 141,561 |
| Cash and cash equivalents at beginning of period | 52,164 | 122,578 | 43,482 |
| Cash and cash equivalents at end of period | 122,578 | 43,482 | 185,043 |

{N1599159.1}

Exhibit C
Projected Financial Information
Page 5

| Entergy New Orleans (debtor-in-possession) Projected Balance Sheets | ($ in thousands) | | |
|---|---|---|---|
| | Year 2007 | Year 2008 | Year 2009 |
| **ASSETS** | | | |
| **CURRENT ASSETS** | | | |
| Cash and cash equivalents: | | | |
| Cash | 5,543 | 12,325 | 110,508 |
| Other Temporary Cash Investments | 117,035 | 31,156 | 74,535 |
| Total cash and cash equivalents | 122,578 | 43,482 | 185,043 |
| Accounts receivable: | | | |
| Customer A/R | 51,628 | 51,610 | 50,938 |
| Allowance for doubtful accounts | (10,781) | (10,781) | (10,781) |
| Associated companies A/R | 66,989 | 122,527 | 110,145 |
| Other A/R | 6,950 | 6,950 | 6,950 |
| Accrued unbilled revenues | 24,125 | 25,110 | 25,667 |
| Total receivables | 138,911 | 195,417 | 182,918 |
| Deferred fuel costs | 6,147 | 6,896 | 8,155 |
| Fuel inventory - at average cost | (995) | (2,134) | (3,218) |
| Materials and supplies - at average cost | 7,185 | 7,125 | 6,983 |
| Prepayments and Other | 6,227 | 6,227 | 6,227 |
| **TOTAL CURRENT ASSETS** | 280,054 | 257,013 | 386,109 |
| **OTHER PROPERTY AND INVESTMENTS** | | | |
| Investment in affiliates - Total | 3,259 | 3,259 | 3,259 |
| Non-utility property - at cost (less accum depr) | 1,107 | 1,107 | 1,107 |
| **TOTAL OTHER PROP & INVESTMENTS** | 4,366 | 4,366 | 4,366 |
| **UTILITY PLANT** | | | |
| Electric Plant | 720,664 | 783,978 | 780,047 |
| Natural gas Plant | 190,240 | 191,240 | 192,240 |
| Construction work in progress | 2,542 | (1,945) | (1,945) |
| **TOTAL UTILITY PLANT** | 913,446 | 973,274 | 970,342 |
| less - accumulated depreciation and amortization | (446,944) | (476,506) | (507,649) |
| **UTILITY PLANT - NET** | 466,502 | 496,767 | 462,693 |
| **DEFERRED DEBITS AND OTHER ASSETS** | | | |
| Regulatory assets: | | | |
| Unamortized loss on reacquired debt | 3,616 | 3,365 | 2,912 |
| Other regulatory assets | 40,877 | 40,903 | 36,603 |
| Long-term receivables | 1,022 | 1,022 | 1,022 |
| Other Deferred Debits | 21,345 | 20,806 | 21,071 |
| **TOTAL DEFERRED DEBITS & OTHER ASSETS** | 66,859 | 66,094 | 61,607 |
| **TOTAL ASSETS** | 817,781 | 824,241 | 914,775 |

{N1599159.1}

Exhibit C
Projected Financial Information
Page 6

**Entergy New Orleans (debtor-in- possession)** ($ in thousands)
**Projected Balance Sheets**

| | Year 2007 | Year 2008 | Year 2009 |
|---|---|---|---|
| **LIABILITIES AND EQUITY** | | | |
| **CURRENT LIABILITIES** | | | |
| Currently maturing long-term debt | 30,000 | 0 | 30,000 |
| Notes payable: | | | |
| Associated companies Notes Payable | 76,380 | 76,380 | 76,380 |
| Accounts payable: | | | |
| Associated companies A/P | 31,991 | 32,378 | 32,778 |
| Total Other Accounts Payable | 45,695 | 48,852 | 43,518 |
| Customer deposits | 14,415 | 14,752 | 15,089 |
| Taxes Accrued | 8,776 | 19,481 | 21,373 |
| Current Accumulated deferred income taxes | 3,619 | 3,619 | 3,619 |
| Interest accrued | 11,818 | 11,427 | 11,427 |
| Dividends declared | 241 | 241 | 241 |
| Tax collections payable | 2,299 | 2,299 | 2,299 |
| Other Current Liabilities | 1,804 | 1,804 | 1,804 |
| **TOTAL CURRENT LIABILITIES** | 227,039 | 211,234 | 238,529 |
| | | | |
| **NON-CURRENT LIABILITIES** | | | |
| Accumulated deferred income taxes LT | 122,704 | 117,958 | 114,133 |
| Accumulated deferred investment tax credits | 2,807 | 2,469 | 2,151 |
| SFAS 109 regulatory liability - net | 58,224 | 58,224 | 58,224 |
| Decommissioning | 2,576 | 2,576 | 2,576 |
| Accumulated Provisions | 8,138 | 7,933 | 7,933 |
| Other Deferred Credits | 11,947 | 20,708 | 120,980 |
| Total Long-term debt | 199,892 | 199,905 | 170,250 |
| **TOTAL NON-CURRENT LIABILITIES** | 406,288 | 409,774 | 476,248 |
| | | | |
| **SHAREHOLDERS' EQUITY** | | | |
| Preferred stock without sinking fund | 19,780 | 19,780 | 19,780 |
| Common stock | 33,744 | 33,744 | 33,744 |
| Paid-in capital (Capital stock expenses and other) | 36,294 | 36,294 | 36,294 |
| Retained earnings | 94,637 | 113,415 | 110,180 |
| **TOTAL SHAREHOLDERS' EQUITY** | 184,455 | 203,233 | 199,998 |
| | | | |
| **TOTAL LIAB. & SHAREHOLDERS' EQUITY** | 817,781 | 824,241 | 914,775 |

{N1599159.1}