UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NO. 05-17697 |
| | * | |
| ENTERGY NEW ORLEANS, INC. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | SECTION "B" |
| | * | |

**FINAL DECREE**

Considering the Debtor's motion for final decree, proper notice having been given, no objections having been filed and a hearing having been scheduled for December 17, 2008,

**IT IS ORDERED** that the Debtor's motion for final decree is granted and a final decree is hereby entered;

**IT IS FURTHER ORDERED THAT** the Debtor has paid all Cure Payments required under the Plan, and the Reorganized Debtor has no further liability for distributions or payments under the Plan, except for payments required under the Plan to (a) the Internal Revenue Service as the Holder of a Priority Tax Claims in accordance with Section 4.5 of the Debtor's Plan and Intercompany Claims in Class 6; and

**IT IS FURTHER ORDERED** that within ten (10) days of the entry of this order the debtor shall file with the United States Trustee an affidavit indicating the amount of disbursements made by the debtors for each quarter and pay to the United States Trustee the quarterly fees pursuant to 28 U.S.C. Section 1930 (a)(6) **and/or make satisfactory arrangements with the Office of the United States Trustee to pay the quarterly fees.**

**IT IS FURTHER ORDERED** that the above-captioned Chapter 11 proceeding be and it hereby is **CLOSED.**

New Orleans, Louisiana, December 22, 2008.

*J. A. Brown*
_____
JERRY A. BROWN
BANKRUPTCY JUDGE

{N1913157.1}